In the Matter of the Application of ANDREW J. RODGERS, Appellant, to Have Certain Judgments Canceled and Discharged of Record.

HARWOOD DUDLEY, Respondent.

*Matter of Rodgers,* 137 App. Div. 936, affirmed.
(Argued January 4, 1911; decided January 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 6, 1910, which affirmed an order of Special Term denying the application of Andrew J. Rodgers, a former bankrupt, for the cancellation and discharge of record of certain judgments entered against him.

*De Witt C. Moore* for appellant.

*Alfred D. Dennison* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.